United States District Court
Northern District of California

1
2
3
4                              UNITED STATES DISTRICT COURT

5                            NORTHERN DISTRICT OF CALIFORNIA

6

7    ANDREW G. WATTERS,                        Case No.  3:22-cv-02476-WHO

               Plaintiff,
8
                                               **ORDER ADOPTING REPORT AND**
9          v.                                  **RECOMMENDATION, REMANDING**
                                               **CASE**
10   LADY BENJAMIN CANNON, et al.,
                                               Re: Dkt. Nos. 5, 10
11             Defendants.

12

13         Magistrate Judge Alex Tse issued a report and recommendation that the plaintiff's motion

14   to remand be granted.  No party has objected.  *See* Fed. R. Civ. P. 72(b).  I have reviewed the

15   entirety of the record.  I ADOPT the report and recommendation and GRANT the motion to

16   remand.  This case shall be remanded to the Superior Court for the County of San Francisco.

17         **IT IS SO ORDERED.**

18   Dated: June 15, 2022

19

20   

21   William H. Orrick
     United States District Judge

22

23

24

25

26

27

28