UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW WATTERS,<br><br>    Plaintiff,<br><br>v.<br><br>LADY BENJAMIN CANNON,<br><br>    Defendant. | Case No. 23-cv-01538-DMR<br><br>**SUA SPONTE JUDICIAL REFERRAL FOR PURPOSES OF DETERMINING RELATIONSHIP OF CASES** |

       On March 31, 2023, Defendant removed this action from San Francisco Superior Court. Pursuant to Civil Local Rule 3-12(c), the court *sua sponte* refers this case to Judge William H. Orrick to determine whether it is related to *Watters v. Cannon*, 22-cv-2476 WHO.

       **IT IS SO ORDERED.**

Dated: April 7, 2023

DONNA M. RYU
Chief Magistrate Judge